UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABBI ELLEN AARON,

                  Appellant-Debtor,

     V.

ROBERT L. PRYOR, *Trustee*,

                  Appellee.
-----------------------------------------------------------------X

For Online Publication Only

**ORDER**
16-cv-2187 (JMA)

FILED
CLERK

3/27/2017 11:55 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

On April 10, 2015, pro se appellant Abbi Ellen Aaron filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. On April 24, 2015, appellant filed an amended Schedule B to add certain alleged causes of action as assets in her bankruptcy case. The Trustee investigated these alleged causes of action, but ultimately decided not to pursue any of these claims on behalf of the estate and, thus, abandoned these causes of action back to appellant. Appellant then challenged the Trustee's determination. At a hearing held on August 11, 2015, and in a written order dated August 13, 2015, the Bankruptcy Court (Trust, J.) rejected appellant's challenges and explained to appellant that the Trustee was abandoning the alleged causes "back to [plaintiff] so that she is free to pursue them on her own or with the assistance of counsel outside the bankruptcy case." (Bankruptcy Court's 1/4/2016 Order.) On August 12, 2015, the appellant received a discharge of her debts. Later that month, appellant filed a motion seeking: (1) reconsideration of the Bankruptcy Court's ruling concerning alleged causes of action abandoned by the Trustee; and (2) the sealing of her entire bankruptcy case. In an order dated January 4, 2016, the Bankruptcy Court denied plaintiff's motion for reconsideration and request to seal the case.

On January 20, 2016, appellant filed the instant appeal. Appellant has filed numerous

1

submissions on the docket for this appeal, including an appeal brief dated May 13, 2016.  The appellee, Trustee Robert L. Pryor, did not file any appellate brief.

The Court has considered all of Aaron's appellate submissions and, taking her pro se status into account, has construed those papers to raise the strongest arguments that they suggest.

For the reasons stated below, the Court hereby AFFIRMS the Bankruptcy Court's rulings and orders from August 11, 2015; August, 12, 2015; August 13, 2015; and January 4, 2016.  The Bankruptcy Court did not abuse its discretion when it initially rejected appellant's challenges to the Trustee's decision to abandon appellant's alleged causes of action.  See In re Viet Vu, 245 B.R. 644, 647 (B.A.P. 9th Cir. 2000) (explaining that "[o]nce a bankruptcy court has determined whether the factual predicates for abandonment . . . are present, the court's decision to authorize or deny abandonment is reviewed for an abuse of discretion") (citations and internal marks omitted).  Also, the Bankruptcy Court did not abuse its discretion in denying appellant's motion to reconsider and denying plaintiff's request to seal.[1]

Finally, the Court vacates all of its prior orders concerning appellant's request to proceed in forma pauperis and grants appellant's request to proceed in forma pauperis.  If the $46 filing fee paid by appellant has not yet been refunded by the Clerk's Office, appellant should contact the Clerk's Office to obtain a refund of her $46 payment.

The Clerk of Court is directed to mail a copy of this Order to pro se appellant.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order

---

[1] Even if de novo review were the appropriate standard of review for any of the Bankruptcy Court's decisions challenged by appellant, this Court would still affirm all of the Bankruptcy Court's decisions in this matter.

would not be taken in good faith and therefore <u>in</u> <u>forma</u> <u>pauperis</u> status is denied for the purpose of any appeal.  <u>See</u> <u>Coppedge</u> <u>v. United States</u>, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

                                                                                                                                   /s/  
                                                                                                            Joan M. Azrack  
                                                                                                            United States District Judge

Date:  March 27, 2017  
        Central Islip, New York